JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ENTREPRENEUR MEDIA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TIFFANY NWAHIRI, an individual; and DOES 1-10,<br><br>Defendants. | CASE NO. 8:24-cv-01012-DOC-JDE<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

# ORDER

Pursuant to the parties' stipulation and for good cause shown, **IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice. Each party to bear its own costs, expenses and attorneys' fees.

**IT IS SO ORDERED.**

Dated: January 30, 2025

David O. Carter
United States District Judge